UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:16 CR 426 CDP-1 |
| ) | |
| ISRAEL ANGELES-MONTEZUMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on defendant Israel Angeles-Montezuma's Motion to Suppress Intercepted Wire and Electronic Communications. Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge John M. Bodenhausen. Judge Bodenhausen held a hearing on April 25, 2017, and thereafter filed a thorough Report and Recommendation regarding the defendant's motion. No party has filed any objections to the Judge Bodenhausen's recommendations.

After fully considering the motion and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Bodenhausen set forth in support of his recommended rulings issued on June 22, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [1072] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Intercepted Wire and Electronic Communications [870] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2017.