UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16CR00426 CDP |
| ) | |
| ISRAEL ANGELES-MOCTEZUMA, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, Defendant Israel Angeles-Moctezuma has pled guilty to Conspiracy to Distribute Methamphetamine, an offense included in Count I of the Superseding Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

WHEREAS, the Superseding Indictment also alleged the forfeiture of any property constituting or derived from any proceeds the defendant obtained, and also any property used, or intended to be used, to commit or facilitate the commission of the offense alleged in Count I;

WHEREAS, by virtue of said plea of guilty, the United States is now entitled to possession of said property, pursuant to Title 21, United States Code, Section 853(a);

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  That any property, constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of a violation of Title 21, United States Code, Sections 841(a)(1) and 846, and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violation, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853(a).

2.  That the following specific property is hereby forfeited to the United States:

    Taurus PT92 9mm semi-automatic handgun, SN: TQ120658.

3.  That the aforementioned forfeited property is to be held by the United States, as indicated, in its secure custody and control.

4.  That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

5.  That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this Order shall become final as to Defendant upon sentencing.

6.  That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

7.  That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

So ordered this _____ day of _____ , 2018.

_____
HONORABLE CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE