# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date: October 5, 2018    Case No. S1-4:16CR00426 CDP -1

UNITED STATES OF AMERICA vs. Israel Angeles-Moctezuma

Judge: Perry    Deputy Clerk: M. Berg    Court Reporter: G. Madden
Interpreter: O'Hanlon and Sanchez (both were sworn)    Probation Officer: A. Lupo

Assistant U.S. Attorney: Sirena Wissler
Defendant Attorney(s): Craig Concannon

☑ Defendant/Parties present for imposition of sentence
☑ Presentence Report adopted/accepted by Court as findings of fact    ☐ PSR filed under seal
☐ Government's Motion is   ☐ granted   ☐ denied
☐ No Objections to Presentence report filed by either party.
☑ Objections to Presentence report filed by ☑ defendant ☐ government.
☑ Objections to Presentence report heard and ☐ granted as follows: ☐ denied as follows:
are overruled.

☑ Sentence imposed (see judgment)
☐ Count(s) _____ dismissed on motion of AUSA
☐ The Court makes the following recommendations to the Bureau of Prisons:

☑ Defendant remanded to custody of the USMS
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS    ☐ Surrender date _____
☐ Defendant is released on Probation pending processing by USMS
☑ Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
☑ Witness testimony (see witness list)
☑ Exhibits returned to and retained by counsel (see exhibit list)
☐ Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record.
☐

Proceedings commenced 9:03-11:21 .m.  Concluded 12:30-2:25 .m.